IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

Energy Intelligence Group, Inc., and
Energy Intelligence Group (UK) Limited

    Plaintiff,

v.

BNP Paribas North America, Inc.,

    Defendant.

------------------------------------- x

**CASE NO.**
**1:08-cv-8144 (NRB)(THK)**

**STIPULATION OF DISMISSAL**

Please take notice that the parties, Energy Intelligence Group, Inc., Energy Intelligence Group (UK) Limited and BNP Paribas North America, Inc., hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party being responsible for its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

Dated: July 10, 2009

POWLEY & GIBSON, P.C.

By: _____
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL3072)
Jason H. Kasner (JK 1414)
304 Hudson Street, 2nd Floor
New York, New York 10013
Tel: (212) 226-5054
Fax: (212) 226-5085
*Attorneys for Plaintiffs*
*Energy Intelligence Group, Inc. and*
*Energy Intelligence Group (UK) Limited*

WHITE & CASE, LLP

By: _____
Jonathan E. Moskin
Heidi L. Keefe (pro hac vice)
Craig W. Clark (pro hac vice)
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Tel: (650) 213-0300
Fax: (650) 213-8158
*Attorneys for Defendant*
*BNP Paribas North America, Inc.*

Dated: _____    SO ORDERED: _____

Hon. Naomi Reice Buchwald